UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JIMMIE LEE WOODS, JR.**,

    Plaintiff,

v.                         Case No: 5:25-cv-368-WFJ-PRL

**DANIEL GERAGTY**,

    Defendant.
_____

**ORDER**

Plaintiff initiated this action on June 12, 2025, by filing a *pro se* Civil Rights Complaint. (Doc. 1). The Court's order (Doc. 2) instructed Plaintiff to apply for pauper status or pay the filing fee within 30 days upon pain of dismissal. However, Plaintiff ignored the order and failed to pay the required filing fee or file an application to proceed as a pauper within 30 days of the commencement of the case. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida, on July 21, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party